Samuel R. Maizel (CA Bar No. 189301)
James K.T. Hunter (CA Bar No. 73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760

Attorneys for Chapter 7 Trustee, Robert L. Goodrich

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re:<br><br>RODEO CANON DEVELOPMENT CORPORATION,<br><br>                        Debtor. | Case No.: LA 99-49349-VZ<br><br>Chapter 7<br><br>**NOTICE OF HOURLY BILLING RATES EFFECTIVE AS OF JULY 1, 2009, FOR PACHULSKI STANG ZIEHL & JONES LLP, ATTORNEYS FOR CHAPTER 7 TRUSTEE, ROBERT L. GOODRICH** |
|---|---|

**TO THE HONORABLE VINCENT P. ZURZOLO; THE OFFICE OF THE UNITED STATES TRUSTEE; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ITS COUNSEL; DEBTOR AND ITS COUNSEL; AND PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that the hourly billing rates of Pachulski Stang Ziehl & Jones LLP, counsel to Chapter 7 Trustee, Robert L. Goodrich in the above referenced case, have been adjusted effective July 1, 2009, as set forth in Exhibit A attached hereto.

Dated:    July 21, 2009                              PACHULSKI STANG ZIEHL & JONES LLP

                                                     By    */s/ Samuel R. Maizel*
                                                            Samuel R. Maizel
                                                            Attorneys for Chapter 7 Trustee,
                                                            Robert L. Goodrich

32021-001\DOCS_LA:205336.1

# EXHIBIT A

HOURLY BILLING RATES FOR ATTORNEYS AND PARALEGALS OF
PACHULSKI STANG ZIEHL & JONES LLP
EFFECTIVE July 1, 2009

| Attorneys | Billing Rate |
|---|---|
| Richard M. Pachulski | $895.00 |
| James I. Stang | $825.00 |
| Dean A. Ziehl | $825.00 |
| Laura Davis Jones | $825.00 |
| Robert J. Feinstein | $825.00 |
| Brad R. Godshall | $795.00 |
| Jeremy V. Richards | $795.00 |
| Robert B. Orgel | $795.00 |
| Ira D. Kharasch | $795.00 |
| Alan J. Kornfeld | $775.00 |
| Richard J. Gruber | $725.00 |
| David J. Barton | $725.00 |
| Debra Grassgreen | $725.00 |
| John A. Morris | $725.00 |
| Henry C. Kevane | $725.00 |
| Jeffrey N. Pomerantz | $725.00 |
| Stanley E. Goldich | $725.00 |
| Linda F. Cantor | $725.00 |
| Iain A.W. Nasatir | $695.00 |
| Andrew W. Caine | $695.00 |
| Kenneth H. Brown | $695.00 |
| David M. Bertenthal | $695.00 |
| John D. Fiero | $675.00 |
| James E. Mahoney | $675.00 |
| James K.T. Hunter | $675.00 |
| Samuel R. Maizel | $675.00 |
| Steven J. Kahn | $675.00 |
| Ellen M. Bender | $675.00 |
| Daryl G. Parker | $675.00 |
| Bruce Grohsgal | $625.00 |
| Shirley S. Cho | $595.00 |
| Harry D. Hochman | $595.00 |
| Maxim B. Litvak | $595.00 |
| Victoria A. Newmark | $595.00 |
| James E. O'Neill | $595.00 |
| Joshua M. Fried | $595.00 |
| Hamid R. Rafatjoo | $595.00 |
| Mary D. Lane | $550.00 |
| Gail S. Greenwood | $550.00 |
| Scotta E. McFarland | $550.00 |
| Gina F. Brandt | $550.00 |
| Jeffrey W. Dulberg | $550.00 |
| Jonathan J. Kim | $550.00 |
| Malhar S. Pagay | $550.00 |
| Robert M. Saunders | $525.00 |
| Jason S. Pomerantz | $525.00 |
| Jeffrey Kandel | $525.00 |
| Beth E. Levine | $525.00 |
| Michael R. Seidl | $525.00 |
| Jeffrey P. Nolan | $525.00 |

| | Billing Rate |
|---|---|
| Nina L. Hong | $525.00 |
| Werner Disse | $495.00 |
| Erin Gray | $495.00 |
| Gillian N. Brown | $495.00 |
| Maria Bove | $495.00 |
| William L. Ramseyer | $495.00 |
| Curtis A. Hehn | $495.00 |
| Elissa A. Wagner | $495.00 |
| Pamela E. Singer | $495.00 |
| Miriam Khatiblou | $495.00 |
| Ilan D. Scharf | $475.00 |
| Celine M. Guillou | $425.00 |
| Kathleen P. Makowski | $425.00 |
| Timothy P. Cairns | $425.00 |
| Teddy M. Kapur | $425.00 |
| David A. Abadir | $395.00 |
| Cia H. Mackle | $395.00 |
| Mark M. Billion | $375.00 |

| Paralegals | Billing Rate |
|---|---|
| Denise A. Harris | $225.00 |
| Kathleen F. Finlayson | $225.00 |
| Beth D. Dassa | $225.00 |
| Shawn A. Quinlivan | $225.00 |
| Patricia J. Jeffries | $225.00 |
| Monica A. Molitor | $225.00 |
| Felice S. Harrison | $225.00 |
| Louise Tuschak | $215.00 |
| Karina K. Yee | $215.00 |
| Patricia E. Cuniff | $215.00 |
| Margaret L. Oberholzer | $210.00 |
| Cheryl A. Knotts | $205.00 |
| Michael A. Matteo | $195.00 |
| Jorge Rojas | $195.00 |
| Thomas J. Brown | $195.00 |
| Kati L. Suk | $175.00 |
| John F. Bass | $150.00 |
| Andrew C. Sahn | $150.00 |
| Law Library Dir. | Billing Rate |
| Leslie A. Forrester | $250.00 |

| Law Clerks/Clerks | Billing Rate |
|---|---|
| Rita M. Olivere | $125.00 |
| Sheryle L. Pitman | $125.00 |
| Ida L. Lane | $125.00 |
| Beatrice M. Koveleski | $125.00 |
| Charles J. Bouzoukis | $115.00 |
| Andrea R. Paul | $115.00 |
| Karen S. Neil | $115.00 |

| In re: Rodeo Canon Development Corporation, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 99-49349 VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Pachulski Stang Ziehl & Jones, LLP, 10100 Santa Monica Blvd., Suite 1100, Los Angeles, California 90067

A true and correct copy of the foregoing document described as **NOTICE OF HOURLY BILLING RATES EFFECTIVE AS OF JULY 1, 2009, FOR PACHULSKI STANG ZIEHL & JONES LLP, ATTORNEYS FOR CHAPTER 7 TRUSTEE, ROBERT L. GOODRICH** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 22, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 22, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
Hon. Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple St.
Los Angeles, CA 90012-3300

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 22, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 22, 2009 | Jennifer L. Palmer | /s/ Jennifer L. Palmer |
|---|---|---|
| Date | Type Name | Signature |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

- Robert I Brayer    rbrayer@lbinsolvency.com
- Christina Erickson    cerickson@richardsonpatel.com
- Lawrence R Fieselman    lfieselman@lbinsolvency.com
- Robert L Goodrich    office@rlgoodrichlaw.com, rgoodrich@ecf.epiqsystems.com
- Matthew Heyn    mheyn@ktbslaw.com
- Gil Hopenstand    ghopenstand@wwolawyers.com
- James K T Hunter    jhunter@pszyjw.com
- David W Levene    dwl@lnbrb.com
- David Lynch    DLLynch@rkmc.com
- Samuel R Maizel    smaizel@pszjlaw.com, smaizel@pszjlaw.com
- R. Todd Neilson    tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com
- Peter T Steinberg    mr.aloha@sbcglobal.net
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- David Weinstein    dweinstein@richardsonpatel.com
- Sharon Z Weiss    sweiss@richardsonpatel.com

**SERVED BY U.S. MAIL**

**Debtor**
Rodeo Canon Development Corporation
c/o David Perry
526 Chalette Drive
Beverly Hills, CA 90210

**Counsel for Bijan Chadorchi,
Fereshteh Chadorchi and
The Chadorchi Living Trust**
David Stern, Esq.
Matthew Heyn, Esq.
Klee Tuchin
2121 Avenue of the Stars, 33rd Floor
Los Angeles, CA 90067

John D. Wilson
Schwartz, Wisot & Wilson
315 Beverly Drive, Suite 315
Los Angeles, CA 90212

**Successor Chapter 7 Trustee**
Robert L. Goodrich,
Chapter 7 Trustee
Law Offices of Robert L. Goodrich
3600 Lime Street, Bldg., 4, #416
Riverside, CA 92501

**Counsel for the Warnicks**
Louis J. Khoury
1801 Century Park East, Suite 2400
Los Angeles, CA 90067-2326

**Counsel for U.S. Small Business
Administration**
Kris Hogan, Esq.
John Waltz, Esq.
Amy Jones, Esq.
200 W. Santa Ana Blvd., Suite 740
Santa Ana, CA 92701

**Former Counsel for David and Danny Perry**
Leslie Cohen, Esq.
Leslie Cohen Law
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401

**Counsel for Ron Mavaddat**
Morton Minikes, Esq.
12100 Wilshire Boulevard #730
Los Angeles, CA 90025

**Counsel for City National Bank**
Gary F. Torrell, Esq.
City National Bank
Legal Department
400 N. Roxbury Drive
Beverly Hills, CA 90210

**Counsel for Dr. Zaven Manjikian**
Allan G. Tippie, Esq.
Sulmeyer, Kupetz, Baumann & Rothman
300 S. Grand Avenue 14th Floor
Los Angeles, CA 90071

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| **Counsel for Fred Yassian & Beverly Rodeo Realty**<br>Rodney T. Lewin, Esq.<br>Randall A. Spencer, Esq.<br>Law Offices of Rodney T. Lewin<br>8665 Wilshire Boulevard #210<br>Beverly Hills, CA 90211 | **Counsel for Fred Yassian and Beverly Rodeo**<br>David R. Weinstein, Esq.<br>Weinstein, Weiss & Ordubegian LLP<br>1925 Century Park East, Ste 1150<br>Los Angeles, CA 90067-2712 |
| **Bonding Company**<br>Bootie Farnsworth<br>International Securities, Ltd.<br>210 Barrone Street #1700<br>New Orleans, LA 70112-1722 | Ian S. Landsberg<br>Wolf Rifkin, et al.<br>11400 W. Olympic Boulevard<br>Los Angeles, CA 90064 |
| **Counsel for Susan Del Prete and Nelson**<br>Shelton & Associates<br>Peter T. Steinberg, Esq.<br>Steinberg, Nutter & Brent<br>23801 Calabasas Road, Suite 2031<br>Calabasas, CA  91302 | |
| John Hueston<br>U.S. Attorney<br>411 W. Fourth Street #8000<br>Santa Ana, CA 92701 | |
| **Counsel for U.S. Small Business Administration**<br>Zoran J. Segina, Esq.<br>Special Assistant U.S. Attorney<br>Room 7516 - Federal Building<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 | |
| Beverly Rodeo Development<br>c/o Fred Yassian<br>P.O. Box 1698<br>Beverly Hills, CA 90213 | |
| **Counsel for American Guarantee and Liability Insurance Company and Counsel for American Home Assurance Company and National Union Fire Insurance Company**<br>David Lynch, Esq.<br>David C. Veis, Esq.<br>Robert C. Haase, Jr. Esq.<br>Robins, Kaplan, Miller & Ciresi<br>2049 Century Park East, Ste. 3700<br>Los Angeles, CA  90067 | |
| Robert T. Kugler, Esq.<br>Robins, Kaplan, Miller & Ciresi, LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402-2015 | |